ORIGINAL

MONROE & ZINDER, P.C.
MATTHEW W. MONROE, ESQ., CSB #147812
JILL ANNE HILLMAN, CSB #174546
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, ESQ., HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner-Counterclaimants
LAHAINA PARASAIL, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 24 2006

at 8 o'clock and 45 min. A M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability,<br><br>Petitioner-Counterclaimants. | CIVIL NO. 04-00740 DAE/LEK<br><br>**IN ADMIRALTY**<br><br>CERTIFICATE OF SERVICE<br><br>Description of Document(s) being served:<br><br>PETITIONER-COUNTERCLAIMANT LAHAINA PARASAIL, INC.'S OBJECTIONS TO CLAIMANTS CASEY HUDSON AND SONIA HUDSON'S CLAIM FILED ON |



SCANNED

```
                    ) NOVEMBER 7, 2005;
                    ) COUNTERCLAIM AGAINST
                    ) CLAIMANTS-COUNTERCLAIM
                    ) DEFENDANTS CASEY HUDSON
                    ) AND SONIA HUDSON AND
                    ) COUNTERCLAIM-DEFENDANT
_____) PAUL E. LEE; SUMMONS
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above-referenced document was duly served on **January 20, 2006** upon the following person(s) as follows:

[ ] By Hand
[ ] Facsimile via _____ (see attached transmission report)
[X] U.S. Postal Service, Postage Prepaid

    TO:    CYNTHIA A. FARIAS, ESQ.
               Dillingham Transportation Buxilding
               701 Bishop Street
               Honolulu, Hawaii 96813

               Attorney for Claimants-Counterclaim Defendants
               Sonia Hudson and Casey Hudson

DATED: Honolulu, Hawaii  Jan. 23         , 2006.

                            _____
                            ROY Y. YEMPUKU
                            MATTHEW W. MONROE
                            JILL ANNE HILLMAN
                            Attorneys for PETITIONER-COUNTERCLAIMANT
                            LAHAINA PARASAIL, INC.

---

In The Matter of The Complaint of LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, RED NORDIC, Official Number HA 1056 CP for Exoneration from or limitation of liability
Civil No. CV 04-00740 DAE/LEK