MONROE & ZINDER, P.C.
MATTHEW W. MONROE, ESQ., CSB #147812
JILL ANNE HILLMAN, ESQ., CSB#174546
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone:  (310) 670-1381
Facsimile:  (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU, ALC
ROY Y. YEMPUKU, ESQ., HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 524-0200
Facsimile:  (808) 524-0209

Attorneys for Petitioner
LAHAINA PARASAIL, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In the Matter | ) CIVIL NO. 04-00740 DAE/LEK |
| | ) |
| of | ) **IN ADMIRALTY** |
| | ) |
| The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability, | ) REQUEST FOR ENTRY OF DEFAULT ) AGAINST COUNTERCLAIM ) DEFENDANT PAUL E. LEE; ) DECLARATION OF COUNSEL; ) EXHIBIT "A"; ENTRY OF DEFAULT ) |
| | ) |
| Petitioner-Counterclaimant. | ) |
| _____ | ) |

## REQUEST FOR ENTRY OF DEFAULT AGAINST COUNTERCLAIM DEFENDANT PAUL E. LEE

Comes now Petitioner-Counterclaimant Lahaina Parasail, Inc., by its attorneys, Jill Anne Hillman, Esq. of Monroe and Zinder, and Roy Y. Yempuku, Esq., and hereby requests the clerk to enter default against Counterclaim Defendant Paul E. Lee for failure to plead or otherwise defend.  Petitioner-Counterclamant's motion is made pursuant to FRCP Rule 55(a) & (d) and based upon the Declaration of Counsel and Exhibit "A" attached hereto and incorporated by reference herein.

Dated:  Honolulu, Hawaii March 24, 2006.

/s/ ROY Y. YEMPUKU
MATTHEW W. MONROE
JILL ANNE HILLMAN
Attorneys for PETITIONER
LAHAINA PARASAIL, INC.

---

In the Matter of The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability, CIVIL NO. 04-00740 DAE/LEK

*Request for Entry of Default  Against Counterclaim Defendant Paul E. Lee; Declaration of Counsel; Exhibit "A"; Entry of Default*; Certificate of Service