# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter | ) CIVIL NO. 04-00740 DAE/LEK |
| | ) |
| of | ) **IN ADMIRALTY** |
| | ) |
| The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability, | ) ENTRY OF DEFAULT ) ) ) ) ) |
| | ) |
| Petitioner. | ) |
| _____ | ) |

## ENTRY OF DEFAULT

It is appearing that Counterclaim Defendant PAUL E. LEE is in default for failure to plead or otherwise defend against the Counterclaim as required by law,

Default is hereby entered as against Counterclaim Defendant PAUL E. LEE on March _____, 2006.

_____
CLERK OF THE ABOVE-ENTITLED COURT

---

In the Matter of The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability, CIVIL NO. 04-00740 DAE/LEK

*Request for Entry of Default Against Counterclaim Defendant Paul E. Lee; Declaration of Counsel; Exhibit "A"; Entry of Default*; *Certificate of Service*