ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 9 2006

at ___3___ o'clock and ___46___ min. ___W___M
SUE BEITIA, CLERK

| | |
|---|---|
| In the Matter ) | CIVIL NO. 04-00740 DAE/LEK |
| ) | |
| of ) | **IN ADMIRALTY** |
| ) | |
| The Complaint of PETITIONER ) | ENTRY OF DEFAULT |
| LAHAINA PARASAIL, INC., a ) | |
| Hawaii corporation, regarding Motor ) | |
| Vessel RED NORDIC, Official ) | |
| Number HA 1056 CP for exoneration ) | |
| from or limitation of liability, ) | |
| ) | |
| Petitioner. ) | |
| ) | |
| LAHAINA PARASAIL, INC., a ) | |
| Hawaii corporation, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| SONIA HUDSON, CASEY HUDSON ) | |
| and PAUL E. LEE, ) | |
| ) | |
| Counterclaim Defendants. ) | |
| ) | |

ENTRY OF DEFAULT

It is appearing that Counterclaim Defendant PAUL E. LEE is in default for failure to plead or otherwise defend against the Counterclaim as required by law,

Default is hereby entered as against Counterclaim Defendant PAUL E. LEE

MAR 29 2006

on March _____, 2006.

SUE BEITIA

CLERK OF THE ABOVE-ENTITLED COURT

*[signature]*

Deputy Clerk, United States
District Court, District of Hawaii

---

In the Matter of The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability, CIVIL NO. 04-00740 DAE/LEK

*Request for Entry of Default Against Counterclaim Defendant Paul E. Lee; Declaration of Counsel; Exhibit "A"; Entry of Default; Certificate of Service*