| Attorney or Party without Attorney:<br>MONROE & ZINDER, P.C., ATTORNEYS AT LAW<br>5933 W. CENTURY BLVD.<br>SUITE 800<br>LOS ANGELES, CA 90045-5471 | Telephone No.:<br>(310) 670-1381 | For Court Use Only |
|---|---|---|
| Attorney for: Lahaina Parasail, Inc. | Ref. No. or File No.: | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>MAR 30 2006<br>at 3 o'clock and 10 min. P M<br>SUE BEITIA, CLERK |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court of Hawaii | | |
| MATTER OF LAHAINA PARASAIL, INC. | | |

| **PROOF OF SERVICE**<br>(Summons) | Hearing Date: | Time: | Dept/Div | Case Number:<br>04 00740 |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons; Petitioner Counterclaimant Lahaina Parasail, Inc's Objections To Claimants Casey Hudson And Sonia Hudson's Claim Filed On November 7, 2005, Counterclaim Against Claimants Counterclaim Defendants Casey Hudson And Sonia Hudson And Counter Claim Defendant

3. a. Party Served:        PAUL E. LEE (Defendant)
   b. Person Served:       party in item 3.a.

4. Address where the party was served:    4700 TELLER AVENUE
                                          2ND FLOOR
                                          NEWPORT BEACH, CA 92660

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu, Mar. 02, 2006 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant.

7. Person who served the papers:
   a. JORDAN NELSON
   b. A & M ATTORNEY SERVICE, INC.
   P.O. BOX 7881
   Long Beach, CA 90807
   c. (562) 426-8306

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was: $49.50
   e. I am: (3) Registered California process server.
      (i) Owner
      (ii) Registration No.: PSC 1608
      (iii) County: ORANGE

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mar. 03, 2006

▶ (signature)

Judicial Council form POS-010     PROOF OF SERVICE     (JORDAN NELSON)     MONR.324043