ORIGINAL

MONROE & ZINDER, P.C.
MATTHEW W. MONROE, ESQ., CSB #147812
JILL ANNE HILLMAN, ESQ., CSB#174546
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LAW OFFICES OF ROY Y. YEMPUKU, ALC
ROY Y. YEMPUKU, ESQ., HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner/Counterclaimant
LAHAINA PARASAIL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability,<br><br>Petitioner. | ) CIVIL NO. 04-00740 DAE/LEK<br>)<br>) **IN ADMIRALTY**<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) Description of Document(s) being<br>) served:<br>)<br>) 1) REQUEST FOR ENTRY OF<br>) DEFAULT AGAINST<br>) COUNTERCLAIM DEFENDANT<br>) PAUL E. LEE; DECLARATION OF<br>) COUNSEL; EXHIBIT "A"; ENTRY OF |

| | |
|---|---|
| LAHAINA PARASAIL, INC., a Hawaii corporation, | ) DEFAULT; NOTICE OF<br>) ELECTRONIC FILING; AND<br>) |
| Counterclaimant, | ) 2) ENTRY OF DEFAULT<br>) |
| vs. | )<br>) |
| SONIA HUDSON, CASEY HUDSON and PAUL E. LEE, | )<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above-referenced document was duly served on **April 4, 2006** upon the following person(s) as follows:

[X] By Hand

[ ] Facsimile via _____ (see attached transmission report)

[ ] U.S. Postal Service, Postage Prepaid

    TO:    CYNTHIA A. FARIAS, ESQ.
                Dillingham Transportation Buxilding
                701 Bishop Street
                Honolulu, Hawaii 96813

                Attorney for Claimants-Counterclaim Defendants
                Sonia Hudson and Casey Hudson

DATED: Honolulu, Hawaii _April 4_____, 2006.

2

_____
ROY Y. YEMPUKU
MATTHEW W. MONROE
JILL ANNE HILLMAN
Attorneys for PETITIONER-COUNTERCLAIMANT
LAHAINA PARASAIL, INC.

---

In The Matter of The Complaint of LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, RED NORDIC, Official Number HA 1056 CP for Exoneration from or limitation of liability
Civil No. CV 04-00740 DAE/LEK

3