# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00740DAE-LEK |
| CASE NAME: | In Re: The Complaint of Petitioner Lahaina Parasail, Inc., etc., et al. |
| ATTYS FOR PLA: | Matthew M. Monroe<br>Roy Y. Yempuku<br>Jill Ann Hillman |
| ATTYS FOR DEFT: | Cynthia A. Farias |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 4/25/2006 | TIME: | 2:00-3:00 |

COURT ACTION:  EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager