# MINUTES

CASE NUMBER:      CIVIL NO. 04-00740DAE-LEK

CASE NAME:        In Re: The Complaint of Petitioner Lahaina Parasail, Inc., a
                  Hawaii Corporation, regarding Motor Vessel, RED NORDIC,
                  Official Number HA 1056 CP for exoneration from or
                  limitation of liability

ATTYS FOR PLA:    Roy Y. Tempuku

ATTYS FOR DEFT:   Cynthia A. Farias

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:    Courtroom 7-No
                                                  Record

DATE:     11/26/2007                 TIME:        9:07-9:08

---

COURT ACTION:   EP: Status Conference Re: Filing of Stipulation for Dismissal held.

Stipulation for Dismissal lodged with the Court for Judge David Alan Ezra's
consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager