**ORIGINAL**

MONROE & ZINDER, P.C.
MATTHEW W. MONROE, ESQ., CSB #147812
JILL ANNE HILLMAN, ESQ., CSB#174546
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone:  (310) 670-1381
Facsimile:   (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU, ALC
ROY Y. YEMPUKU, ESQ., HIB #1228
American Savings Bank Tower
1001 Bishop Street, Suite 2650
Honolulu, Hawaii 96813
Telephone:  (808) 524-0200
Facsimile:   (808) 524-0209

Attorneys for Petitioner/Counterclaimant
LAHAINA PARASAIL, INC.



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 27 2007
at 2 o'clock and 10 min P M.
SUE BEITIA, CLERK

LODGED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of PETITIONER LAHAINA PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel RED NORDIC, Official Number HA 1056 CP for exoneration from or limitation of liability,<br><br>Petitioner.<br>_____<br><br>LAHAINA PARASAIL, INC., a Hawaii corporation, | ) CIVIL NO. 04-00740 DAE/LEK<br>)<br>) **IN ADMIRALTY**<br>)<br>) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE OF ALL CLAIMS<br>) OF ALL PARTIES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     Counterclaimant,   )
               )
   vs.           )
               )
SONIA HUDSON, CASEY HUDSON )
and PAUL E. LEE,     )
               )
     Counterclaim Defendants. )
_____ )

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS OF ALL PARTIES

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the above-entitled matter including without limitation any and all counterclaims, is hereby dismissed with prejudice and that there are no remaining claims or parties. Each party shall bear their own attorneys fees and costs.

DATED: Honolulu, Hawaii  NOV 2 6 2007  , 2007.

_____
ROY Y. YEMPUKU
MATTHEW W. MONROE
JILL ANNE HILLMAN
Attorneys for Petitioner/Counterclaimant
LAHAINA PARASAIL, INC.

2

_[signature]_
CYNTHIA FARIAS
Attorney for Claimants/Counterclaim Defendants
SONIA HUDSON and CASEY HUDSON

APPROVED AND SO ORDERED:

_[signature]_
JUDGE OF THE ABOVE-ENTITLED COURT

---

In the matter of the Complaint of Petitioner Lahaina Parasail, Inc.
Civil No.: CIVIL NO. 04-00740 DAE/LEK

*Stipulation for Dismissal With Prejudice of all Claims of all Parties*

3